**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 0 2014 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFREDO FERRARI, *on behalf of himself, FLSA Collective Plaintiffs and Class,* | |
| Plaintiffs, | Civil Action No. 14-cv-2282 (ENV) (CLP) |
| -against- | |
| HALE & HEARTY SOUPS LLC and JOHN DOE CORPORATION, | ECF Case |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alfredo Ferrari ("Plaintiff") and Hale & Hearty Soups LLC ("Defendant") hereby stipulate, by and through their respective counsel, that the claims asserted by Plaintiff in the Complaint against Defendant shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party.

LEE LITIGATION GROUP, PLLC

C.K. Lee, Esq.
30 East 39th Street, Second Floor
New York, New York 10016
(212) 465-1188
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

Carolyn D. Richmond, Esq.
James M. Lemonedes, Esq.
Alexander W. Leonard, Esq.
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
*Attorneys for Defendant*

Dated: May 20, 2014

Dated: May 20, 2014

The Clerk is directed to close this case.

SO ORDERED:

s/Eric N. Vitaliano

Eric N. Vitaliano, U.S.D.J.

Dated: _____, 2014
Brooklyn, New York

25715117v1 05/21/2014          JUN 1 0 2014